STATE OF CALIFORNIA
# GOVERNMENT CLAIM
DGS ORIM 006 (Rev. 09/2025)

DEPARTMENT OF GENERAL SERVICES
Office of Risk and Insurance Management

## Section 1: Claimant Information

| Last Name | First Name | Middle Initial |
|---|---|---|
| Peterson | Daystar | SS |

| Inmate or Patient Identification Number (if applicable) | Business Name (if applicable) |
|---|---|
| BW0168 | California Men's Colony |

| Telephone Number | Email Address |
|---|---|
|  |  |

| Mailing Address | City | State | Zip |
|---|---|---|---|
| P.O. Box 800 | San Luis Obispo | CA | 93405-0800 |

| Is the claimant under 18 years of age? | Insured Name (Insurance Company Subrogation) |
|---|---|
| ☐ Yes  ☒ No |  |

| Is this an amendment to a previously existing claim? | Existing Claim Number (if applicable) | Existing Claimant Name (if applicable) |
|---|---|---|
| ☐ Yes  ☒ No |  |  |

## Section 2: Attorney or Representative Information

| Last Name | First Name | Middle Initial |
|---|---|---|
| Morgan | Crystal | A |

| Telephone Number | Email Address |
|---|---|
| (720) 900-1065 | CMorgan@MorganLegalServicesPLLC.com |

| Mailing Address | City | State | Zip |
|---|---|---|---|
| P.O. Box 9155 | Colorado Springs | CO | 80932 |

## Section 3: Claim Information

| State Agencies or Employees Against Whome the Claim is Filed | Date of Incident |
|---|---|
| Doe Correction Officers and the California Department of Corrections and Rehabilitation | 05/12/2025 at 7:30am |

**Late Claim Application** (Claims filed more than 6 months after the date of incident require a late application, which you can provide here by explaining why the claim is being filed late. For more info, please see Gov Code sec 911.4)

Former-counsel working at another firm was responsible for filing this claim. Unbeknownst to undersigned attorney, counsel resigned from the firm prior to filing. As soon as the undersigned attorney realized such, she immediately and diligently pursued this cause of action. All other grievances are filed as required.

| Dollar Amount of Claim | Civil Case Type (Required, if amount is more than $10, 000) |
|---|---|
| $50,000,000.00 | ☐ Limited ($25,000 or less)  ☒ Non-Limited (over $25,000) |

**Dollar Amount Explanation**

1M per stab wound, 1M for other wounds, 10M for scar on face, 25M for pain and suffering, reputational harr

**Incident Location**

The California Correctional Institution in Tehachapi, California.

**Specific Damage or Injury Description**

Mr. Peterson was stabbed a total of 14 times, with additional cuts. This included 7 wounds his back, 4 to his torso, 2 to the back of the head, and 1 to his face, causing a scar. Both of his lungs. Peterson is a hip-hop artist known as "Tory Lanez." His face and lungs are imperative for him to perform. Peterson was in critical condition, & was airlifted to a hospital and admitted. After approximately 12 hours, he was breathing on his own without the use of a machine. He was in the hospital for two days, & then transferred to the infirmary

**Circumstances That Led to Damage or Injury**

Inmate Santino Casio attacked Peterson unprovoked, with a self-made "shank" causing approximately 27 wounds in total. Peterson was partially protected by his hooded sweatshirt when he placed his arms inside and made space between the weapon and his body as best as he could. Casio is serving a life sentence for second-degree murder, attempted first-degree murder, use of a deadly weapon, and inflicting great bodily injury, for the death of Casio's 13 year-old pregnant runaway girlfriend, while he was on parole. Additionally during his sentence, he was convicted of assault with a deadly weapon, and a later charge for possession of a weapon in prison. Peterson is a target for attacks.

**Explain why you believe the state is responsible for the damage or injury.**

Peterson and Casio were housed in the same unit, which is a security risk as Casio has a violent past and Peterson has a high-profile status. This is inconsistent with safety-driven housing practices that are designed to prevent foreseeable violence and protect inmates. The CDCR makes the housing assignments on case factors, that should have placed Casio in a different unit. The correction officers quickly responded, this demonstrates that they were not immediately on the scene. It is not known why staff were not more available to

STATE OF CALIFORNIA
**GOVERNMENT CLAIM**

DGS ORIM 006 (Rev. 09/2025)

DEPARTMENT OF GENERAL SERVICES
OFFICE OF RISK AND INSURANCE MANAGEMENT

## Section 4: Automobile Claim Information

| Does the claim involve a state vehicle? | Vehicle License Number (if known) | State Driver Name (if known) |
|---|---|---|
| ☐ Yes   ☑ No | | |

| Has a claim been filed with your insurance carrier? | Insurance Carrier Name | Insurance Claim Number |
|---|---|---|
| ☐ Yes   ☑ No | | |

| Have you received an insurance payment for this damage or injury? | Amount Received (if any) | Amount of Deductible (if any) |
|---|---|---|
| ☐ Yes   ☑ No | | |

## Section 5: Notice and Signature

I declare under penalty of perjury under the laws of the State of California that all the information I have provided is true and correct to the best of my information and belief. I further understand that if I have provided information that is false, intentionally incomplete, or misleading I may be charged with a felony punishable by up to four years in state prison and/or a fine of up to $10,000 (Penal Code section 72).

| Signature | Printed Name | Date |
|---|---|---|
| | Crystal Morgan | |

## Instructions

- Include a check or money order for $25, payable to the State of California.
  - $25 filing fee is not required for amendments to existing claims.
- Confirm all sections relating to this claim are complete and the form is signed.
- Attach copies of any documentation that supports your claim. Do not submit originals.

Mail the claim form and all attachments to:

Office of Risk and Insurance
Management Government Claims
Program
P.O. Box 989052, MS 414
West Sacramento, CA 95798-9052

Claim forms can also be delivered to:

Office of Risk and Insurance
Management Government
Claims Program
707 3rd Street, 1st Floor
West Sacramento, CA 95605

### Department of General Services Privacy Notice on Information Collection

This notice is provided pursuant to the Information Practices Act of 1977, California Civil Code Sections 1798.17 & 1798.24and the Federal Privacy Act (Public Law93-579).

The Department of General Services (DGS), Office of Risk and Insurance Management (ORIM) is requesting the information specified on this form pursuant to Government Code Section 910.

The principal purpose for requesting this data is to process claims against the state. The information provided will/may be disclosed to a person or to another agency where the transfer is necessary for the agency to perform its constitutional or statutory duties; the use is compatible with a purpose for which the information was collected; and the use or transfer is accounted for in accordance with California Civil Code Section 1798.25.

Individuals should not provide personal information that is not requested.

The submission of all information requested is mandatory unless otherwise noted. If you fail to provide the information requested to DGS, or if the information provided is deemed incomplete or unreadable, this may result in a delay in processing.

**Department Privacy Policy**
The information collected by DGS is subject to the limitations in the Information Practices Act of 1977 and state policy (see State Administrative Manual 5310-5310.7).  For more information on how we care for your personal information, please read the DGS Privacy Policy.

**Access to Your Information**
ORIM is responsible for maintaining collected records and retaining them for 5 years.  You have the right to access records containing personal information maintained by the state entity. To request access, contact:

**DGS ORIM**
**Public Records Officer**
**707 3rd St., West Sacramento, CA 95605**