

Morgan Legal Services, PLLC
2641 East Uintah Street #9155
Colorado Springs, CO 80932
719.649.9608
CMorgan@MorganLegalServicesPLLC.com

## <u>Statement for Government Claim Form</u>
## <u>Daystar Peterson</u>

November 21, 2025

Office of Risk and Insurance
Management Government Claims Program
P.O. Box 989052, MS 414
West Sacramento, CA 95798-9052

To Whom It May Concern:

Please accept this attachment to Daystar Peterson's Government Claim Form, in order to process his claims accordingly.

**This form is being filed against:** Doe Correction Officers and the California Department of Corrections and Rehabilitation ("CDCR") for an incident that occurred May 12, 2025, at approximately 7:30am.

**This application was slightly delayed:** Due to former-counsel that was employed at a separate law firm was responsible for filing this claim. Unbeknownst to Mr. Peterson's current undersigned attorney, former-counsel resigned from the firm without completing Mr. Peterson's assignment. Once undersigned attorney discovered this mistake, she immediately and expeditiously corrected such oversight. As the incident is less than 12 months prior, undersigned attorney respectfully is requesting this slight delay be excused. All other required administrative forms have been timely filed with the CDCR directly.

**The Amount of Damages:** Mr. Peterson, a music artist publicly known as "Tory Lanez," seeks damages in the amount of one hundred million dollars ($100,000,000.00). On the date of the incident, the California Department of Corrections and Rehabilitation (CDCR) violated Mr. Peterson's privacy rights by unlawfully accessing and confiscating personal property, specifically books containing original songs authored by Mr. Peterson. This wrongful act caused significant

harm to Mr. Peterson's proprietary and intellectual property interests, and infringed upon his privacy as a protected right.

In estimating Mr. Peterson's damages, similar cases involving severe physical injury, permanent scarring, and significant professional harm were compared. Mr. Peterson was stabbed approximately sixteen times, sustained additional superficial wounds, suffered two collapsed lungs, and now has a permanent facial scar. This incident required him to be transported by airlift in critical condition. Mr. Peterson's breathing was performed by a machine for roughly twelve hours, and subsequent hospitalization followed by placement in an infirmary at another facility. In addition to these physical and emotional injuries, Mr. Peterson's reputation and music career have been harmed, as each unpublished written song he creates has ongoing commercial value through future streaming and downloads, generating continuing income in the millions of dollars over time.

**Specific Damage or Injury Description:** Mr. Peterson was stabbed a total of sixteen times and sustained additional wounds that were not deep enough to define as a "stab wound." This included injuries to his back, torso, the back of his head, arms, hands, and his face, which resulted in permanent scarring. Both of his lungs collapsed. Mr. Peterson is a professional hip-hop artist known as "Tory Lanez," and his facial integrity and lung function are essential to his ability to perform. Because he was in critical condition, he was airlifted from the prison to a hospital, where he was admitted and placed on assisted breathing before he was able to breathe on his own approximately twelve hours later. He remained hospitalized for two days and was then returned to the prison system and housed in an infirmary ward, after which he was transferred to a different prison as a result of the incident.

**Circumstances That led to Damage or Injury:** Inmate Santino Casio launched an unprovoked attack using a self-made "shank." Mr. Peterson was partially protected by his hooded sweatshirt, which allowed him to pull his arms inside and create space between the weapon and his body as best he could. Casio is serving a life sentence for second-degree murder, attempted first-degree murder, use of a deadly weapon, and inflicting great bodily injury arising from the killing of his 13-year-old pregnant runaway "girlfriend" while he was on parole. While incarcerated, he has also been convicted of assault with a deadly weapon, and separately for possessing and manufacturing a weapon in prison. Mr. Peterson is a target for attacks within the prison system due to his celebrity status. Casio was interviewed on television, and given attention for this attack.

**Explanation Why the State is Responsible for the Damage or Injury:** Mr. Peterson and Inmate Santino Casio were housed in the same unit, even though Casio's extensive history of extreme violence and Mr. Peterson's high-profile celebrity status made this a clear security risk. This placement is inconsistent with safety-driven housing policies that require classification committees to consider an inmate's case factors, criminal history, and risk profile when making housing assignments, and to separate individuals where foreseeable violence is likely. CDCR's own practices emphasize using housing decisions to maintain institutional safety and prevent predictable assaults, yet Casio was not assigned to a different unit or higher-security setting away

from vulnerable, high-profile inmates. The fact that responding officers had to arrive from elsewhere in the unit indicates they were not immediately present to intervene before or at the outset of the attack, and it remains unclear why staff coverage and supervision were insufficient to deter or prevent this assault.

Thank you for your time in processing this claim for my client, Mr. Daystar Peterson.

Sincerely,

  /s/ Crystal Morgan
Crystal Morgan Esq.
Licensed in the State of California & Colorado
CA SBN: 335712, CO SBN: 59483
Morgan Legal Services, PLLC