DEPARTMENT OF CORRECTIONS AND REHABILITATION

STATE OF CALIFORNIA
**GRIEVANCE / REASONABLE ACCOMMODATION REQUEST**
CDCR FORM 602-1 / 1824 (Rev. 08/2024)

Page 1 of 2

| NAME (Print)   (LAST NAME) | (FIRST NAME) | CDCR NUMBER |
|---|---|---|
| Peterson | Drayter | BN0168 |
| INSTITUTION OR PAROLE REGION | | HOUSING AND BED NUMBER |
| CMC | | B - 72 |

**\*\*\* YOU CAN NOW FILE A GRIEVANCE OR REQUEST A REASONABLE ACCOMMODATION BY COMPLETING THIS FORM \*\*\***

If you are submitting a grievance, an allegation of staff misconduct, or an allegation of disability-based discrimination, please complete the section below and sign and date the form.

**GRIEVANCE (CDCR FORM 602-1)**
Please describe your complaint. Include the names of all those who were involved; any attempts to informally resolve the issue; and any related log numbers for documents in your central file.

Date of Event, if known: 5-14-25   Time of Event, if known: N/A

Location of Event, if known: CCI - 4A - 1Block - Cell 210 C

Describe your complaint: On 5-12-25 I was the victim of attempted murder as shown on camera. However the real harrassment has come from the facility staff as they have constantly used various tactics to exploit me. It should be noted that I am an A list celebrity. It should also be noted that my case is a public interest case that involves another celebrity of A list status. I was moved to CMC and when I recieved my property

*If you need more space, continue on the back of this form*

If you are requesting assistance or an accommodation so you can access or participate in a program, service, or activity, or want to report the removal or denial of an accommodation due to disability-based discrimination, please complete the section below and sign and date the form.

**REASONABLE ACCOMMODATION REQUEST (CDCR FORM 1824)**
Please answer the following questions:

1. What can't you do / What is the problem?
   I don't have my intellectual property also missing physical property that I paid for due to boxes being taken i.e. last legal notes

2. Why can't you do it?
   CCI stoled my property.

3. What do you need?
   my property back. my property is worth millions of dollars. also need the facility staff who packed my property investigated.

*If you need more space, continue on the back of this form*

Your Signature: _[signature]_   Date Signed: 6-7-25

CMC

STAFF USE ONLY

Date Received:  JUN 09 2025   Log Number: 753317

OFFICE OF GRIEVANCES