

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
**GRIEVANCE / REASONABLE ACCOMMODATION REQUEST**
CDCR FORM 602-1 / 1824 (Rev. 08/2024)
Page 2 of 2

Use this side of the form as a continuation page for a grievance, a reasonable accommodation request, or both

i noticed an abundant amount of missing items. various electronics, clothes and more were missing. on top of this i never recieved any of my food. However this 602 is about the missing documents out of my paper holding bin. i noticed specifically that both of my main music books full of my intellectual property and legal documents. it should be noted that these books specifically are worth millions of dollars. ive made a citizens complant about the staff of cci multiple times. it should be noted that when i was stabbed 14 times the facility staff did nothing to stop me from losing my life. it should be noted that the video of me getting stabbed was sold and exploited to T.M.Z without my consent. the documents missing out of my property are worth money and further attest to the fact that i was set up by CCI facility staff. and the attempt of assassination on my life could very easily much been a plot to steal my intellectual property which is and has been proven to be worth millions of dollars. this has interfered with my mental health. i now have ptsd and dont have any faith or integrity in the officers placed. it should be noted that CCI facility staff packed my property and have all controll of where it was delivered and how it was handled. this level of harrasment theft and unethical conduct needs to be investigated further