CMC

STATE OF CALIFORNIA
**GRIEVANCE / REASONABLE ACCOMMODATION REQUEST**
CDCR FORM 602-1 / 1824 (Rev. 08/2024)

765523

DEPARTMENT OF CORRECTIONS AND REHABILITATION

JUL 0 8 2025

Page 1 of 2

OFFICE OF GRIEVANCES

| NAME (PRINT) (LAST NAME) | (FIRST NAME) | CDCR NUMBER |
|---|---|---|
| Peterson | Daystar | BW0168 |
| INSTITUTION OR PAROLE REGION | | HOUSING AND BED NUMBER |
| CCI Tehachapi | | B - 3372 |

*** YOU CAN NOW FILE A GRIEVANCE OR REQUEST A REASONABLE ACCOMMODATION BY COMPLETING THIS FORM ***

If you are submitting a grievance, an allegation of staff misconduct, or an allegation of disability-based discrimination, please complete the section below and sign and date the form.

**GRIEVANCE (CDCR FORM 602-1)**
Please describe your complaint. Include the names of all those who were involved; any attempts to informally resolve the issue; and any related log numbers for documents in your central file.

Date of Event, if known: May 12 2025          Time of Event, if known: 7 - 8 AM

Location of Event, if known: A Yard - BLDG 2 - C

Describe your complaint: as documented on paper and on camera by CCI Facility. on May 12 2025 I was the victim of attempted murder. My complaint is against the facility staff. I was stabbed 14 times. during the stabbing as documented on camera, the facility staff stood there and watched. They did not do any of the correct protocols. they did not approach the incident to stop

If you need more space, continue on the back of this form

If you are requesting assistance or an accommodation so you can access or participate in a program, service, or activity, or want to report the removal or denial of an accommodation due to disability-based discrimination, please complete the section below and sign and date the form.

**REASONABLE ACCOMMODATION REQUEST (CDCR FORM 1824)**
Please answer the following questions:

1. What can't you do / What is the problem?
many physical things. mental skills that i once had are unattainable do to the PTSD and trauma my brain experiences now. and much more...

2. Why can't you do it?
CCI tehachapi facility staff failed to do their job causing me to almost lose my life

3. What do you need?
to exhaust my remedies to take this to a higher court.

If you need more space, continue on the back of this form

Your Signature: _____          Date Signed: 7-4-25

STAFF USE ONLY

Date Received: _____          Log Number: _____