

DEPARTMENT OF CORRECTIONS AND REHABILITATION

STATE OF CALIFORNIA
**GRIEVANCE / REASONABLE ACCOMMODATION REQUEST**
CDCR FORM 602-1 / 1824 (Rev. 08/2024)

Page 2 of 2

Use this side of the form as a continuation page for a grievance, a reasonable accommodation request, or both

incident from proceeding. they did not spray any
pepper spray. They didnt throw any smoke bombs.
despite the numerous signs on the building walls
saying "will shoot if lethal force is being used".
they did not shoot any block guns or use any
force to stop me from losing my life. this has
effected my mental health in a major way.
I now have alot of PTSD about the cops in CDCR.
this grievance is not about the attack or my
attacker as i have decided to not testify
against him. this grievance is about the blatant
misconduct of the officers and facility staff.
as i was bleeding out and waiting for medical
to arrive. i looked out the window of the front
door in the retunda and spotted medical
walking and not running in the distance. I asked
the floor cop to radio them to come faster as i
felt i was about to die because both my lungs
were collapsed. the cop didnt do what i asked but
proceeded to yell "get down" as if i wasnt
already down on the floor. this misconduct + neglect
almost costed me my life. a very expensive life
as it should be noted that i am an A list
Celebrity. It should also be noted that another
inmate named derryl foster wrote a 602
about this on my behalf.