# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYSTAR PETERSON | CASE NUMBER: |
| **PLAINTIFF(S)** | 2:26–cv–03991–JLS–AYP |
| v. | |
| DOE CORRECTION OFFICERS , et al. | |
| | **NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |
| **DEFENDANT(S).** | |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 4/14/2026 | 1 | Complaint |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

No Notice of Interested Parties has been filed. A Notice of Interested Parties must be filed with every party's first appearance. See Local Rule 7.1–1. Counsel must file a Notice of Interested Parties immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83–7.

*Other Error(s):*

Attachments No. #1 Civil Cover Sheet should not have been attached to Docket Entry No. #1. Each document should have been filed separately.

Clerk, U.S. District Court

Dated: April 22, 2026          By: /s/ *Jenny Lam  Jenny_Lam@cacd.uscourts.gov*
          Deputy Clerk

– NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING –

– NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING –