Crystal Morgan, (SBN: 335712)
Morgan Legal Services, PLLC
2641 E. Uintah St., #9155
Colorado Springs, CO 80932
(720) 900-1065
CMorgan@MorganLegalServicesPLLC.com

Ronda Dixon (SBN: 136858)
Dixon Justice Center
400 Corporate Pointe, Suite 300
Culver City, CA 90230

Attorneys for Petitioner
DAYSTAR PETERSON

## UNITED STATES DISTRICT COURT

## THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAYSTAR PETERSON**, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> **DOE CORRECTION OFFICERS 1-50**, individually and in their official capacity, **Danny Samuel**, individually and in his official capacity, and **CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION**, a public entity, <br><br> Defendants. | Case No.: 2:26−cv−03991−JLS−AYP <br><br> **REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL** <br><br> **DECLARATION OF CRYSTAL MORGAN, ESQ. IN SUPPORT OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

I, Crystal Morgan, being duly sworn, declare and state as follows:

1.    I am an attorney licensed to practice law in the State of California, State Bar Number 335712, and in the State of Colorado, State Bar Number 59483. I make this declaration

DECLARATION OF CRYSTAL MORGAN, ESQ.
-1-

based upon my personal knowledge, and if called as a witness, I could and would testify competently to the matters set forth herein.

4.    This affidavit is submitted under penalty of perjury pursuant to the laws of the State of California. Plaintiff Peterson respectfully requests that the Court permit the filing of this declaration and any sensitive exhibits under seal, or in the alternative in redacted form, to the extent necessary to protect custodial, safety, and confidential information.

3.    Currently, Plaintiff Peterson has a pending action before this honorable Court. He is being housed at the California Men's Colony (CMC) in San Luis Obispo, located at Highway 1, San Luis Obispo, CA 93409, where Correctional Officer ███████████████ ) is assigned to Plaintiff's housing tier. Officer ██████ also oversees Plaintiff's mandatory programming on Monday, Wednesday, and Friday.

4.    Since Plaintiff Peterson has filed a civil rights action within the statute of limitations to recover damages related to his near-death encounter at the California Correctional Institution (CCI), Correction Officer ██████ has engaged in ongoing harassment, intimidation and retaliatory conduct. In May of 2025, at CCI, Plaintiff was stabbed approximately 16 times with additional superficial cuts. Plaintiff was life-flighted to a local hospital, as both of his lungs collapsed. While Plaintiff was recovering, two (2) of his notebooks were taken from him that contained notes between Plaintiff and myself, along with unreleased music and personal thoughts.

5.    Plaintiff Peterson has reported to me, and Ms. Ronda Dixon, that Correction Officer ██████ began by making remarks as Plaintiff would attend class. This included stating that Officer ████████████████████████████

████████████████████████████

DECLARATION OF CRYSTAL MORGAN, ESQ.
-2-

6. Now, Officer ███████████████████████████████ Plaintiff Peterson. When Petitioner received ███████████████████████████████ ███████████████████████████ This is a more dangerous setting than what Petitioner is currently in. ██████████████████████████

7. The infractions started on or about April 27, 2026, which was a Monday. Plaintiff Peterson attended class ████████████████████████████ ██████████████████████████████

8. On or about April 29, 2026, Plaintiff had his ████████████████ █████████████████████████████████████ █████████████████████████████████████ █████████████████████████████████████ █████████████████████████████████████ █████████████████████████████████████ ████████████████████████████████.

9. The following Tuesday, May 5, 2026, was the regular weekly inspection on Plaintiff Peterson's housing unit. For more than a year prior to this time, Plaintiff was assigned as ████████████████. Therefore, Plaintiff was responsible for ████████████████ ███████████████████████. The inspection was being conducted by Correctional Officer ██████ who is ██████████████████████████on this tier.

10. Officer ████████████████████████ ██████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

████████████████████ .

11.    On May 8, 2026, Plaintiff Peterson attended the Monday / Wednesday / Friday class, with his ██████████████████████████████████████████

████████████████████████████████████████████████████

12.    Shortly thereafter, Plaintiff Peterson received ██████████████████████

████████████████████████████████████████ . As a crew was filming Plaintiff for a documentary, another incarcerated individual ██████████████████████

████████████████████████████████████ . When this individual was disciplined, ██████████

████████████████████████████ .

13.    This has caused the ██████████████████████████████

████████████████████████████████████ . Not only has his cell been trashed, but moreover Plaintiff has now lost ██████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████████████████████

14.    On or about April 29, 2026, I spoke with the litigation coordinator, commanding watch officer on duty, and left a message for the assistant Warden. I also submitted this case to the Office of Ombudsman, and have emailed them to update as the above incidences occurred.

DECLARATION OF CRYSTAL MORGAN, ESQ.

-4-

15.    Plaintiff Peterson filed the necessary 602 forms to question the above infractions, along with an excessive force complaint. These processes are still ongoing. As he has prepared for such complaints, he has found witnesses that heard Officer ███████████████████ ██████████████████████████

16.    Emergency relief is necessary because the harm is continuous and cannot wait for a regularly noticed hearing. Plaintiff Peterson, myself and co-counsel had hoped that the retaliation would cease.

17.    Notice should be excused because advance notice to the correctional officer or institution may itself trigger retaliation, intimidation, or further harm to Plaintiff.

18.    The relief requested by Plaintiff Peterson is narrow to prevent future retaliation and harm, and to preserve his rights while ensuring he is not being placed into a more dangerous housing unit for capricious reasons.

19.    Please help protect Plaintiff Daystar Peterson. ████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ We are not questioning this issue. Plaintiff has been in the work program, and completing classes, so that his current parole eligible date is August, 2029. Plaintiff has served his sentence for his base-term charge, and is now completing enhancement time.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DECLARATION OF CRYSTAL MORGAN, ESQ.
-5-

Executed this 26th day of May, 2026, in Colorado Springs, CO.


Crystal Morgan, Esq.
California State Bar No. 335712
Morgan Legal Services, PLLC
2641 East Uintah St., #9155
Colorado Springs, CO 80932
720-900-1065
CMorgan@MorganLegalServicesPLLC.com