UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:26-cv-03991-JLS-AYP                           Date: May 27, 2026
Title:  Daystar Peterson v. Doe Correction Officers 1-50, et al.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

|  Kelly Davis  |  N/A  |
| --- | --- |
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                              Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER DENYING APPLICATION FOR TEMPORARY RESTRAINING ORDER (Doc. 10)**

Before the Court is an *ex parte* Application for Temporary Restraining Order ("TRO") filed by Plaintiff Daystar Peterson.  (App., Doc. 10.)  Plaintiff filed the complaint in this action on April 14, 2026, and filed the instant Application on May 27, 2026.  (Compl., Doc. 1; App.)  Plaintiff has been informed that for *ex parte* applications, "[p]rior to filing, the movant shall determine the position of the opposing party and advise the Court of that position in the *ex parte* application or in an accompanying declaration."  (Judge Staton's Procedures Page § 3 (incorporated by Standing Order at 2, Doc. 7).)  "The party seeking relief must also notify the opposing party that any opposition must be filed no later than 24 hours after service."  (*Id.*)  The Court cannot identify any attempts by Plaintiff's counsel to notify the opposing parties or ascertain their position before filing this TRO Application; Plaintiff's counsel avers only that she spoke with various individuals around April 29, 2026, nearly one month before she filed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:26-cv-03991-JLS-AYP                                    Date: May 27, 2026
Title:  Daystar Peterson v. Doe Correction Officers 1-50, et al.

the instant Application.[1]  (Morgan Decl. ¶ 14, Doc. 10-4.)  This is insufficient.
Accordingly, the Court DENIES the Application.

Initials of Deputy Clerk: kd

---

[1] Plaintiff's counsel's declaration has been redacted, but Plaintiff's counsel has failed to file an unredacted version of the document in accordance with Local Rule 79-5.2.2(a).  The Court therefore DENIES Plaintiff's Application to File Under Seal.  (Doc. 10-2.)