Crystal Morgan, (SBN: 335712)
Morgan Legal Services, PLLC
2641 E. Uintah St., #9155
Colorado Springs, CO 80932
(720) 900-1065
CMorgan@MorganLegalServicesPLLC.com

Ronda Dixon (SBN: 136858)
Dixon Justice Center
400 Corporate Pointe, Suite 300
Culver City, CA 90230

Attorneys for Petitioner
DAYSTAR PETERSON

**DENIED**
BY ORDER OF THE COURT

For instructions on how to properly correct a complaint that contains an error, Plaintiff is directed to the Central District of California e-filing FAQ's, which state as follows: "You must file a Notice of Errata indicating that the previous filing was made in error. During the docketing of the Notice of Errata, link it to the document that was incorrectly filed. Then re-file that document as an 'Amended' or 'Corrected' version."



FILED
CLERK, U.S. DISTRICT COURT

06/23/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ KD _____ DEPUTY

**UNITED STATES DISTRICT COURT**

**THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DAYSTAR PETERSON**, an individual, | Case No.: 2:26-cv-03991-JLS-AYP |
| Plaintiff, | |
| vs. | |
| **DOE CORRECTION OFFICERS 1-50**, individually and in their official capacity, **Danny Samuel**, individually and in his official capacity, and **CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION**, a public entity, | **[PROPOSED] ORDER GRANTING REQUEST FOR CLERICAL CORRECTION UNDER RULE 60(a)** |
| Defendants. | |

The Court, having considered Plaintiff's Notice of Errata and Request for Clerical Correction Under Federal Rule of Civil Procedure 60(a). Good cause appearing, and the correction being purely clerical in nature, the request is GRANTED:

ORDER ON PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY EMERGENCY RELIEF
-1-

The Clerk is directed to correct the case caption to substitute Thomas Valdez in his official capacity, in place of Danny Samual, individually and in his official capacity.

IT IS SO ORDERED.

Dated this _____ day of June, 2026,

_____
Honorable Josephine L. Staton
UNITED STATES DISTRICT JUDGE

ORDER ON PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY EMERGENCY RELIEF
-2-